UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| ACHAK BEN ANIYUNWIYA, | : | Case No. 2:22-cv-2325 |
| Plaintiff, | : | |
| vs. | : | Judge Michael H. Watson |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MATTHEW LUTZ, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on Plaintiff's Notice of Change of Address and Motion for an extension of time. (Doc. 8, 9). Plaintiff notes that he has been transferred to a new correctional institution. (*Id.*). He asks for additional time to comply with this Court's Deficiency Order (Doc. 6) and to sign and return the Complaint. (Doc. 9). But he also attaches the signed Complaint to his Motion. (Doc. 9-1).

As Plaintiff has signed and returned the Complaint as ordered, this Court's Deficiency Order (Doc. 6) is **SATISFIED**. The Motion for additional time to do so (Doc. 9) is **DENIED** as **MOOT**. The Clerk of Court is **DIRECTED** to file the signed Complaint (Doc. 9-1) separately on the docket.

Because Plaintiff is a prisoner seeking "redress from a governmental entity or officer or employee of a governmental entity," and is also proceeding *in forma pauperis*, the Court is required to conduct an initial screening of his Complaint. 28 U.S.C. § 1915A(a); 28 U.S.C. § 1915(e)(2). The Undersigned will conduct this initial screening as soon as practicable. The Court will then enter an appropriate order and, if required, direct service of the complaint and summons

on Defendants. The Court will consider any pending motions after, or along with, the initial screening.

**IT IS SO ORDERED.**

August 31, 2022                                                    *s/Peter B. Silvain, Jr.*
                                                                           PETER B. SILVAIN, JR.
                                                                           UNITED STATES MAGISTRATE JUDGE