**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Achak Ben Aniyunwiya,**

       **Plaintiff,**

    **v.**

**Matthew Lutz, *et al.*,**

      **Defendants.**

**Case No. 2:22-cv-2325**

**Judge Michael H. Watson**

**Magistrate Judge Silvain, Jr.**

### OPINION AND ORDER

Magistrate Judge Silvain, Jr. performed an initial screen of this *pro se*, prisoner civil rights case, brought *in forma pauperis*, under 28 U.S.C. § 1915A(a) and 28 U.S.C. § 1915(e), and on September 28, 2022, he issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's Complaint and certify that any appeal would not be in good faith. R&R 12, ECF No. 12. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a forfeiture of both the right to *de novo* review by the Undersigned as well as a right to appeal the Court's adoption of the R&R. *Id.* at 13.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. The claims against Sheriff Lutz, Sheriff Deputy Swiney, Nurse Shelly, Judge Fleegle, Captain

LeCocq, Captain Suciu, Prosecutor Little, Prosecutor Welch, and Attorney

Edwards are **DISMISSED WITHOUT PREJUDICE.**

Further, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal would not be taken in good faith.

The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**